UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No.: JRR 25 MC 00709 |

### EXHIBIT INDEX
### MOTION TO QUASH SUBPOENA DUCES TECUM

### EXHIBIT INDEX

1. Subpoena Duces Tecum from the Department of Justice to The Children's Hospital Corporation, d/b/a Boston Children's Hospital, No. 25-1431-019

2. Declaration of Parent A.A.

3. Declaration of Parent B.B.

4. Declaration of Parent C.C.

5. Declaration of Youth C.C.

6. Declaration of Parent D.D.

7. Declaration of Parent E.E.

8. Declaration of Youth E.E.

9. Declaration of Parent F.F.

10. Declaration of Youth F.F.

11. Declaration of Parent G.G.

12. Declaration of Parent H.H.