UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No.: _____ |

### DECLARATION OF YOUTH C.C.

1. My name is Youth C.C. From about August/September 2019 – May 2020, I was a patient at Children's National Hospital ("CNH"). I visited both the DC and Maryland clinics. I received general medical care there, as well as transgender healthcare.

2. During that time, I had many appointments with doctors, nurses, and a mental health provider at CNH.

3. In those visits, my providers asked me about my physical health, my mood, my stress, how things were going at school, and what my relationships with friends and family were like. They also asked whether there were situations where I felt unsafe or under a lot of pressure. I tried to answer honestly because I always do and because I understood that they needed that information to take care of me.

4. I met separately with a mental health professional at CNH. In those sessions, I talked about very personal subjects, including my feelings about myself and what I was dealing with as a teenager. These were things I have not shared with people outside my family and my health-care team.

5. My doctors talked with me and my parent about different treatment paths, what they recommended, possible side effects, and how each option might affect me over time.

These conversations were private and helped us decide how to move forward with my care.

6. At follow-up appointments, my providers checked in on how I was doing day-to-day—emotionally, at school, and in my relationships. These conversations were written down in my medical chart and I believe are very detailed.

7. I have never given my medical records to a government agency. I did not expect that anyone from the Department of Justice would ever see my medical records.

8. When I shared information with my doctors and therapist, I understood that it would be used by them and by other healthcare professionals involved in my treatment. I did not think that what I said in those appointments would leave the CNH healthcare system and be handed over to the government.

9. Being straightforward with my providers was important so they could understand what was really going on with me and recommend the right care. I relied on the idea that my medical information was confidential in order to talk about difficult subjects.

10. The thought that my entire medical record could now be given to government investigators or lawyers makes me very uncomfortable. I do not want people I have never met reading detailed notes about my body, my mental health, my family, and my experiences as a transgender young person. I am very mistrustful of this administration receiving my medical records because of the hostile policies they have adopted that harm transgender people.

11. If, at the start, I had been told that my medical records might later be requested by the government, I would have been much more cautious about what I said in my

appointments. There are topics I would have avoided discussing. That would have made it harder for my providers to understand my situation and to treat me effectively.

12. Knowing that my records could be shared outside the CNH healthcare system also affects how I feel about seeking care in the future. It makes me hesitant to bring up sensitive issues with my doctors, even when I know that being open with doctors is important for my health.

13. I do not think that taking my name off the records would protect my identity. My medical records likely include specific details about my age, timeline of visits, type of treatment, and life circumstances that, put together, could point back to me.

14. I went to CNH because I needed medical help and believed it was a private place to talk about very personal issues. Having my records turned over to the government would feel like a serious loss of that privacy and of the trust I placed in the medical system.

15. For these reasons, I believe that turning over my medical records to the government would seriously harm me.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_XX_____          Dated: 11 / 14 / 2025
**Youth C.C.**