# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No.: _____ |

## DECLARATION OF PARENT F.F.

1. I am the parent of Youth F.F., a young adult who, as a minor and young adult, received gender transition medical care at a Washington D.C location of Children's National Hospital ("CNH") and via telehealth from Maryland between 2020 and 2022.

2. I reside in Montgomery County, Maryland.

3. We selected CNH due to its reputation for high-quality gender transition care and because we believed the providers would handle sensitive issues with care and respect. We also relied on its strong reputation for having experienced national clinical experts who are up to date on the latest research in the field. CNH also offered an integrated experience for our child, inclusive of physicians and social workers and including integration of social-emotional factors.

4. The time when we sought treatment at CNH was one of the most challenging periods of my child's and my family's life. When we decided to seek care at CNH, my child and I believed that the private patient information we were disclosing would receive the highest level of privacy protections and would never be shared outside of CNH. We did not understand that my child's medical records could later be requested by federal government officials who are not part of their medical team. In fact, we took

extraordinary steps in treatment and in outside life, to keep my child's gender transition and treatment extremely private and within their exclusive control.

5. During the course of my child's care at CNH, my child and I, along with others in my family, had numerous visits with CNH physicians, nurses, mental health clinicians, and other providers. We additionally communicated with CNH through phone calls, electronic messages, and telehealth about my child's care.

6. Throughout those visits and communications, my child and I disclosed private sensitive information with CNH providers about my child's mental and emotional health, physical health and development, school experiences, friendships and family relationships, and times when my child felt stressed or unsafe. These discussions were part of helping CNH providers understand my child as a whole person so they could recommend and adjust treatment.

7. During my child's care at CNH, my child met separately with a mental health provider for an in-depth assessment and follow-up sessions. I also met with a mental health professional myself. My child spoke with that provider about matters that were extremely personal and that my child has not shared with people outside our immediate family and medical professionals.

8. My child's treatment at CNH was integrated with their psychiatric care at an outside facility and their records at CNH will reflect much of their mental health treatment.

9. While working with CNH, both my child and I discussed different treatment options, asked questions about possible side effects and long-term impacts, and talked through our concerns and adjusted treatment as needed. These were private, thoughtful conversations in which we relied on the providers' expertise and the confidentiality of the setting.

10. As part of the treatment plan, CNH prescribed medications for my child to address their medical issues. My child received puberty blocking medication and hormone replacement therapy as recommended by the healthcare providers at CNH. Those medications required regular monitoring, including follow-up visits, lab tests, and physical examinations.

11. Neither my child nor I have made my child's diagnoses or treatment history known to the federal government, nor would we ever willingly do so. We have not been contacted by federal officials about my child's care, and we have never been told that any part of my child's medical treatment is the subject of a federal government inquiry.

12. The idea that my child's medical record could be disclosed to the federal government is extremely upsetting to me and I am worried that such disclosure could affect my child's health and safety. Those records contain intimate information about my child's body, emotions, family situation, and private thoughts. I do not want government officials, who have never met my child, reading and interpreting those details.

13. I am aware of the government's current public animus toward transgender people, and it adds to my fear regarding the release of the identities of myself and my child.

14. As a parent, I view the confidentiality of medical records as an important part of the relationship between families and health-care providers. Like any parent, if we had known there was a possibility our information would be shared with the government, we would have avoided, as much as possible, revealing sensitive information to my child's doctors, potentially delaying what was life-saving treatment and leaving their doctors without full information. If I know that our private conversations with doctors might be

taken out of context and provided to the government, I will be more cautious about what I share and where I seek treatment.

15. We shared very personal private medical information with CNH because we understood it was necessary for my child's care and because we believed it would remain within the medical system. Disclosing that information to the government would be a serious violation of our expectations and our trust in the medical system.

16. Merely redacting our names from any medical documentation relating to my child's care that is provided to the government would not prevent our family from being identified. During the course of my child's care, we disclosed innumerable sensitive facts to CNH medical providers that could be used to identify me and my child. This includes information about my child's relationships in school, my occupation, our neighborhood, family and friends, and more.

17. Public disclosure of my name, which would necessarily identify my child, or the disclosure of the name of my child, would also cause us severe emotional strain and expose my child and our family to bullying and harassment, discrimination, and even violence. My child has already experienced bullying and harassment because of being transgender, which has affected their life and mental health.

18. With the exception of a small group of trusted members of my community, I have not disclosed, nor will I disclose, my involvement or my child's involvement in this litigation.

19. If we are not permitted to proceed under pseudonyms, we may have to withdraw this motion and abandon litigation for the safety of our child and our family.

20. For all the reasons above, I strongly object to my child's medical records being shared with the government.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Parent F.F._                                         Dated: 11/17/25

**Parent F.F.**