UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

In Re. 2025 Subpoena to Children's National Hospital

Case No.: _____

DECLARATION OF YOUTH F.F.

1. I am Youth F.F., a young adult who as a minor and young adult received gender transition medical care at: the Washington D.C. location of Children's National Hospital ("CNH"), and via telehealth from Maryland between 2020 and 2022.

2. During my care at CNH, I, along with others in my family, visited with CNH physicians, nurses, mental health clinicians, and other health-care professionals in person, by telephone, and via electronic communication.

3. Throughout these visits, we shared details about my life, mental and physical health, and other personal information that I only shared because of the privacy I knew I was afforded. I disclosed this in confidence because it was necessary for my care. If this information was to be shared with anyone without my consent, I would feel distrustful of the health-care system, and feel fearful of continuing to seek medical treatment in the future.

4. During my care, me and my family discussed treatment options privately, making decisions together about which treatment options to pursue based on: the side effects, long term effects, risks, and benefits.

5. Follow up appointments included updates about my health, feedback on the medication I was receiving, and how I thought the treatment was going.

6. I have never been contacted by the federal government regarding my medical care. Nobody from the federal government has informed me that my medical history has been requested. Me and my family would never tell the federal government any medical information.

7. Me and my family understood that the information I shared would be protected with the highest level of privacy, and would not be shared with anyone outside of CNH without explicit consent. I have not provided any consent, and I do not want to provide any consent.

8. As a transgender person, I do not feel safe in public due to harassment I have experienced in public using public transportation, walking around, at my job, and at school. I have experienced unfair treatment as a transgender person, and private medical information regarding my medical transition being shared with anyone would put me at more risk for harassment and discrimination for being transgender in the aforementioned public spaces.

9. I am aware that at this time, the federal government is acting viciously towards transgender individuals, which makes me more fearful of sharing this information with the federal government out of fear for more discrimination.

10. I went through the process of receiving this care with the understanding that the information I shared was confidential. For that trust to be violated, would mean I would be less likely to seek out any form of medical care in the future, and/or less likely to share sensitive information with any professionals I may meet with. This would compromise my ability to get proper medical care ever again.

11. My family's privacy and security would not be protected by redacting our names. This is because the information I reported to CNH healthcare providers—such as my personal

relationships, where I went to school, where I lived, and more— could identify me and my family regardless of whether or not my name was submitted alongside my most sensitive and identifiable information.

12. I have not shared my family's involvement in this litigation with anyone outside of my family or legal counsel.

13. My name being shared publicly would put me at risk for harm, and would cause severe emotional distress to me and my family. Releasing any medical information to the federal government would put us at the risk of harassment, discrimination, and violence.

14. For my privacy and security to remain protected throughout the duration of this process, I must proceed under a pseudonym in an effort to protect my most sensitive and identifiable information.

15. For all of the reasons above, I object to my medical records being obtained by the federal government.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Youth F.F.

Dated: 11/15/2025