UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No.: _____ |

### AFFIDAVIT OF EVE L. HILL, ESQ., IN SUPPORT OF MOTION TO QUASH SUBPOENA DUCES TECUM

I, Eve L. Hill, Esq., state as follows:

1. I am a partner at the law firm Brown Goldstein and Levy, LLP. I am co-counsel for Movants in this case and an active member of the Maryland bar. I submit this affidavit in support of Movants' Motion to Quash Subpoena Duces Tecum.

2. I submit this affidavit to set forth facts demonstrating that the U.S. Department of Justice (DOJ) served an administrative subpoena on Children's National Hospital (CNH) that seeks private identifying patient information relating to Movants for the purpose of intimidating medical providers and to shut down access to transgender health care for adolescent patients.

3. On January 20, 2025, President Trump issued Executive Order 14168, which directs federal agencies to revise policies, guidance, and enforcement practices to define "sex" exclusively as "an individual's immutable classification as either male or female," which "does not include the concept of gender identity." Exec. Order No. 14168, 90 Fed. Reg. 8615 (Jan. 30, 2025) (Exhibit A). The executive order directs federal agencies to apply that definition throughout their activities. *Id.*

4. On January 28, 2025, President Trump issued an executive order directing federal agencies to immediately ensure institutions receiving federal research or education grants end transgender healthcare for minors, including prioritizing federal law enforcement actions related

1

to the provision of such treatment. Exec. Order No. 14187, 90 Fed. Reg. 8771 (Feb. 3, 2025) (Exhibit B).

5. On January 30, 2025, CNH issued a public statement announcing it was "pausing all puberty blockers and hormone therapy prescriptions for transgender youth patients," citing "guidelines in the Executive Order issued by the White House" earlier that week. *Children's National Hospital Statement on Executive Order*, CHILD.'S NAT'L HOSP. (Jan. 30, 2025), https://www.childrensnational.org/about-us/newsroom/2025/statement-on-executive-order (Exhibit C).

6. On February 3 and March 4, 2025, the White House issued articles stating that healthcare providers had paused treatment for transgender minors and describing that result as the "intended effect" of Executive Order 14168. The White House highlighted CNH in its statement. *President Trump Is Delivering on His Commitment to Protect Our Kids*, THE WHITE HOUSE (Feb. 3, 2025), https://www.whitehouse.gov/articles/2025/02/president-trump-is-delivering-on-his-commitment-to-protect-our-kids/ (Exhibit D); *President Trump Is Protecting America's Children*, THE WHITE HOUSE (Mar. 4, 2025), https://www.whitehouse.gov/articles/2025/03/president-trump-is-protecting-americas-children/ (Exhibit E).

7. On May 28, 2025, the Administrator of the Centers for Medicare and Medicaid Services issued an urgent letter to nine hospitals, including CNH, seeking information about their provision of transgender healthcare for children as part of a "comprehensive review of federal payment policies." Dr. Mehmet Oz, *Urgent Review of Quality Standards and Gender Transition Procedures*, U.S. DEP'T OF HEALTH & HUM. SERVS. (May 28, 2025), https://www.cms.gov/files/document/hospital-oversight-letter-generic.pdf (Exhibit F).

8. On June 11, 2025, the Assistant Attorney General for the Civil Division issued a memorandum directing DOJ attorneys to prioritize investigations and enforcement related to Executive Orders 14168 and 14187, and associated directives. Brett A. Shumate, *Memorandum to All Civil Division Employees*, U.S. DEP'T OF JUST. (June 11, 2025), https://www.justice.gov/civil/media/1404046/dl (Exhibit G).

9. On June 30, 2025, *The Wall Street Journal* reported the identities of the nine hospitals receiving the May 28 CMS letter, including CNH, and reported CMS statements regarding potential Medicaid exclusion of transgender healthcare. Liz Essley Whyte, *Trump Administration Weighs Eliminating Funds for Hospitals Offering Gender Care to Minors*, WALL STREET JOURNAL (Jun. 30, 2025), https://www.wsj.com/health/healthcare/gender-surgery-childrens-hospitals-trump-282c4cbb?st=TzqmqA&reflink=article_copyURL_share. (Exhibit H).

10. On July 9, 2025, DOJ issued a press release stating it had issued "more than 20 subpoenas to doctors and clinics" that provide healthcare to transgender minors. *Press Release: Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Procedures on Children*, U.S. DEP'T OF JUST. (July 9, 2025), https://www.justice.gov/opa/pr/department-justice-subpoenas-doctors-and-clinics-involved-performing-transgender-medical (Exhibit I).

11. On July 10, 2025, *The New York Times* reported that the DOJ subpoenas demanded significant confidential patient information and were part of a coordinated federal effort to curtail medical treatment for transgender minors. Azeen Ghorayshi & Glenn Thrush, *Justice Dept. Demands Patient Details from Trans Medicine Providers*, N.Y. TIMES (Jul. 10, 2025), https://www.nytimes.com/2025/07/10/health/transgender-medicine-minors-trump-subpoena.html (Exhibit J).

12. On July 18, 2025, The *Washington Post* reported that CNH announced it would stop prescribing medications for transgender adolescents. Jenna Portnoy et al., *Children's National Hospital to End Gender-Transition Care*, WASH. POST (Jul. 18, 2025), https://www.washingtonpost.com/dc-md-va/2025/07/18/children-national-ends-gender-transition-care/ (Exhibit K). The *Washington Post* also reported that CNH declined to say whether it had received a DOJ subpoena, and that DOJ declined to comment. *Id.*

13. On July 21, 2025, the Attorney General posted publicly on X referencing CNH and stating that DOJ "will continue enforcing the law against institutions like Children's National." Attorney General Pamela Bondi (@AGPamBondi), X (July 21, 2025, 2:28 PM), https://x.com/AGPamBondi/status/1947362978526814579 (Exhibit L).

14. On July 25, 2025, the White House publicly highlighted Children's National's termination of treatment for transgender patients under 19. *President Trump Promised to End Child Sexual Mutilation – And He Delivered*, THE WHITE HOUSE (Jul. 25, 2025), https://www.whitehouse.gov/articles/2025/07/president-trump-promised-to-end-child-sexual-mutilation-and-he-delivered/ (Exhibit M)

15. At least five of the nine hospitals receiving the May 28 CMS letter have confirmed or been reported as receiving DOJ subpoenas: Boston Children's Hospital, Children's Hospital Colorado, Children's Hospital Los Angeles, Children's Hospital of Philadelphia, and UPMC Children's Hospital of Pittsburgh. *In Re: Administrative Subpoena No. 25-1431-019*, 1:25-mc-91324 (D. Mass. July 8, 2025) (Dkt. No. 5-1) (Boston Children's Hospital subpoena) (Exhibit N); John Ingold, *Trump Administration Subpoenas Children's Hospital Colorado Over Gender-Affirming Care*, THE COLO. SUN (Jul. 18, 2025), https://coloradosun.com/2025/07/18/childrens-hospital-colorado-subpoena-gender-affirming-

4

care/ (Exhibit O); *In Re: Subpoena No. 25-1431-014*, 2:25-mc-00039 (E.D. Pa. July 8, 2025) (Dkt. No. 1, Ex. F) (Children's Hospital of Philadelphia subpoena) (Exhibit P); Alec Schemmel, *FBI Launches Probe Into 3 Children's Hospitals for Alleged Genital Mutilation of Minors*, FOX NEWS (Jun. 24, 2025), https://www.foxnews.com/politics/fbi-launches-probes-against-3-childrens-hospitals-genital-mutilation-minors (Exhibit Q); *In Re 2025 UPMC Subpoena*, 2:25-mc-01069 (W.D. Pa. Sept. 24, 2025) (Dkt. No. 1) (motion to quash subpoena to UPMC) (Exhibit R).

16. Additional providers, including QueerDoc, PLLC and University of Michigan Health, have acknowledged receipt of DOJ subpoenas concerning their care for transgender youth. *QueerDoc, PLLC v. U.S. Dep't of Just.*, No. 2:25-cv-00042, 2025 WL 3013568, *1 (W.D. Wash. Oct. 27, 2025) (Exhibit S); Josh Kovensky & Kate Riga, *Exclusive: The University of Michigan Will End Gender-Affirming Care for Minors Amid Trump Admin Legal Onslaught*, THE TALKING POINTS MEMO (Aug. 25, 2025), https://talkingpointsmemo.com/news/university-michigan-transgender-health-care-minors (Exhibit T).

17. All publicly available subpoenas include the same 15 requests for documents, including:

    a. Request 11: "Documents sufficient to identify each patient (by name, date of birth, social security number, address, and parent/guardian information) who was prescribed puberty blockers or hormone therapy."

    b. Request 12: "For each such patient identified in Subpoena [Request 11], *supra*, documents relating to the clinical indications,

     diagnoses, or assessments that formed the basis for prescribing puberty blockers or hormone therapy."

  c. Request 13: "All documents relating to informed consent, patient intake, and parent or guardian authorization for minor patients identified in [Request 11], *supra*, including any disclosures about off-label use (*i.e.*, uses not approved by the United States Food and Drug Administration) and potential risks."

*In Re: Administrative Subpoena No. 25-1431-019*, 1:25-mc-91324 (D. Mass. July 8, 2025) (Dkt. No. 5-1) (Boston Children's Hospital subpoena); *In Re: Subpoena No. 25-1431-014*, 2:25-mc-00039 (E.D. Pa. July 8, 2025) (Dkt. No. 1, Ex. F) (Children's Hospital of Philadelphia subpoena).

  18. CNH published a notice stating that effective August 30, 2025, it would discontinue prescribing medications for transgender minors due to "escalating legal and regulatory risks." *LGBTQ+ Care and Support: A Message for Existing and New Patients*, CHILD.'S NAT'L HOSP., https://www.childrensnational.org/get-care/departments/lgbtq-care-and-support (last visited Nov. 12, 2025) (Exhibit U).

  19. Prior to the recent cuts to transgender healthcare, CNH was one of the earliest providers of such care in the country and one of the major providers of such care for children and young people in the mid-Atlantic region. *See Gender Development Program*, CHILD.'S NAT'L HOSP., https://www.childrensnational.org/get-care/departments/gender-development-program (last visited Nov. 13, 2025) (Exhibit V).

  20. On November 14, 2025, Counsel for Movants sought confirmation from DOJ that CNH received a subpoena. Ross Goldstein, Assistant Director at DOJ's Consumer Protection

Branch, confirmed that CNH received a subpoena and that it is "substantively identical to those served on Boston Children's and CHOP."

21. Neither DOJ nor CNH has sought the consent of Movants to receive or submit their medical information.

22. I affirm that the foregoing is true and correct to the best of my knowledge and belief.

_____
Eve L. Hill, Esq.

Dated: November 17, 2025