# EXHIBIT C





MENU

About Us › Newsroom

# Children's National Hospital Statement on Executive Order

January 30, 2025

Children's National is committed to providing compassionate and comprehensive care in accordance with the law. As a result, we are currently pausing all puberty blockers and hormone therapy prescriptions for transgender youth patients, per the guidelines in the Executive Order issued by the White House this week. Children's National already does not perform gender affirming surgery for minors.

We recognize the impact this change will have, and our commitment to creating a better future for children and families remains at the forefront of our mission. We will do everything we can to ensure the same uninterrupted access to mental health counseling, social support, and holistic and respectful care for every patient at Children's National.

We are working directly with patients and providers to ensure every patient has access to the information and support services they need, and we appreciate their continued trust and understanding as we work through these changes.

## Media Contact

Email   Call 202-476-4500 ☎

  **About Children's National Hospital**



**Donate**     **Pay Your Bill**

| | |
|---|---|
| About Us | Residencies and Fellowships |
| Careers | |
| Contact Us | Children's National Hospital Foundation |
| Departments | Español |
| In the Community | International Patients |
| News and Events | Research News ↗ |
| Price Transparency | Wellness Advice ↗ |

📍 111 Michigan Avenue NW, Washington DC 20010

📞 202-476-5000

Children's National 11/13/25, 3:46 PM        Children's National Hospital Statement on Executive Order | Children's National Hospital




© Children's National Hospital 2025

Terms of Use | Patient Family Rights | Report a Compliance Concern | Web Accessibility