# EXHIBIT D

...ss – The White11/13/25, 3:48 PM    President Trump is Delivering on His Commitment to Protect our Kids – The White House

The Democrat Shutdown is Officially Over After 42 Days, 22 Hours and 25 Minutes.

*The* WHITE HOUSE

**ARTICLES**

President Trump is Delivering on His Commitment to Protect our Kids

The White House

February 3, 2025

Last week, President Donald J. Trump <u>took executive action</u> to protect American children from irreversible chemical and surgical mutilation.

**It's already having its intended effect — preventing children from being maimed and sterilized by adults perpetuating a radical, false claim that they can somehow change a child's sex.** Hospitals around the country are taking action to downsize or eliminate their so-called "gender–affirming care" programs:

- **NEW YORK:** NYU Langone Health has <u>started</u> canceling appointments for so-called "gender–affirming care" involving minors. They canceled appointments for "two 12-year-olds who had been scheduled to receive implants that dispense puberty-blocking medication."

- **COLORADO:** Denver Health <u>announced</u> it would stop performing sex change surgeries on minor children, while UCHealth <u>said</u> it is ending so-called "gender–affirming care" for all minors.

- **VIRGINIA:** VCU Health and Children's Hospital of Richmond have <u>"suspended"</u> providing transgender-related medication and surgeries for minors, while UVA Health has <u>"suspended"</u> all transgender-related services for minors.

- **WASHINGTON, D.C.:** Children's National Hospital has <u>"paused"</u> prescribing puberty blockers and hormone therapies for minors, while Northwest Washington Hospital has <u>done the same</u>.

**ILLINOIS:** Lurie Children's Hospital of Chicago is <u>"reviewing"</u> their transgender-related services for minors.

- **PENNSYLVANIA:** Children's Hospital of Philadelphia is <u>"closely reviewing"</u> the transgender-related services they provide for minors.

President Trump will always protect American children.

**Promises made, promises kept – again.**

 

NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

# FOUNDING FATHERS

## THE SIGNERS

## Subscribe to The White House newsletter

Your email

**SIGN UP**

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy