**EXHIBIT E**

The Democrat Shutdown is Officially Over After 42 Days, 22 Hours and 25 Minutes.

## The WHITE HOUSE

### ARTICLES

## President Trump is Protecting America's Children

The White House

March 4, 2025

President Donald J. Trump knows America's children are our future — and he'll never stop fighting for their right to a healthy, productive upbringing and childhood. That's why President Trump immediately took action to undo the damaging policies of the Biden Administration on indoctrinating America's most vulnerable with dangerous, radical policies.

- President Trump made it the official policy of the U.S. government that there are only two sexes.

- President Trump ended the unfair, demeaning practice of forcing women to compete against men in sports — which resulted in the NCAA changing its rules.
    - The Department of Education launched investigations into the California Interscholastic Federation and the Minnesota State High School League over their failures to comply.

- Health systems across the nation stopped or downsized their sex change programs for minors following President Trump's "Protecting Children from Chemical and Surgical Mutilation" executive order.
    - In Illinois, Chicago's Lurie Children's Hospital paused sex-change surgeries for patients under 19 as it "work[s] to understand the rapidly evolving environment."
    - In Colorado, Denver Health announced it would stop performing sex change surgeries on minor children, while UCHealth said it was ending so-called "gender-affirming care" for all minors.

- In Washington, D.C., Children's National Hospital "paused" prescribing puberty blockers and hormone therapies for minors, while Northwest Washington Hospital did the same.
- In Virginia, VCU Health and Children's Hospital of Richmond "suspended" providing transgender-related medication and surgeries for minors, while UVA Health also "suspended" transgender-related services for minors.

- President Trump ended the radical, un-American indoctrination of America's children by eliminating support for divisive, radical "gender ideology" and "equity ideology," and protecting parents' rights.

- President Trump banned COVID-19 vaccine mandates at schools that receive federal funding.



NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS

Subscribe to The White House newsletter

Your email                                                                                          SIGN UP

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

11/13/25, 3:49 PM  President Trump is Protecting America's Children – The White House

Privacy