**EXHIBIT F**



DEPARTMENT OF HEALTH & HUMAN SERVICES

Centers for Medicare & Medicaid Services

*Administrator*
Washington, DC 20201

May 28, 2025

**SUBJECT:** Urgent Review of Quality Standards and Gender Transition Procedures

As the Administrator of the Centers for Medicare & Medicaid Services ("CMS" or "the Agency") and as part of CMS's standard healthcare oversight activities, I am writing to address significant issues concerning quality standards and specific procedures affecting children at your institution.

As articulated in recent communications[1] from CMS and a comprehensive review released by the U.S. Department of Health and Human Services ("the Department"), the United States Government has serious concerns with medical interventions for gender dysphoria in children. These interventions include surgical procedures that attempt to transform an individual's physical appearance to align with an identity that differs from his or her sex or that attempt, for purposes of treating gender dysphoria, to alter or remove an individual's sexual organs to minimize or destroy their natural biological functions. These interventions also include, but are not limited to, the use of puberty blockers, including GnRH agonists and other procedures, approaches, or modalities, to delay the onset or progression of normally-timed puberty for purposes of treating gender dysphoria, as well as the use of sex hormones, such as estrogen, progesterone, or testosterone, and androgen blockers to align an individual's physical appearance with an identity that differs from his or her sex. Based on the review cited above, CMS believes that these interventions were initiated with an underdeveloped body of evidence, lack reliable evidence of benefits for minors, and are now known to carry serious risks of long-term and irreparable harm.[2]

Consistent with CMS's obligations to ensure baseline quality standards at institutions participating in the Medicare and Medicaid programs, CMS asks for your cooperation in understanding the following issues:

**Quality Standards Adherence**

CMS is obligated to monitor potential adverse outcomes in care across the healthcare market. Consistent with the agency's communications with various healthcare entities outlining concerns with regard to medical interventions for gender dysphoria in children, CMS requests your response within 30 days regarding your institution's policies and procedures on the following:

1. *The adequacy of informed consent protocols for children* with gender dysphoria, including how children are deemed capable of making these potentially life-changing decisions and when parental consent is required;

---

[1] https://www.cms.gov/files/document/letter-stm.pdf
[2] https://www.hhs.gov/press-room/gender-dysphoria-report-release.html

2.  *Changes to clinical practice guidelines and protocols* that your institution plans to enact in light of the recent <u>comprehensive review</u>[3] of medical evidence and corresponding guidance released by the Department; and

3.  *Any adverse events* related to these procedures, particularly children who later look to de-transition.

**Gender Transition Procedures Financial Review**

CMS has an obligation to be a good steward of taxpayer dollars. When it comes to surgeries, a per-episode cost of surgeries related to gender dysphoria ranges from $53,645 - $133,911 (compared to a typical pediatrician's salary range of $192,000 - $249,300 a year).  Accordingly, the Agency is conducting a comprehensive review of federal payment policies related to gender transition procedures for patients under 19 years of age. A non-exhaustive list of potentially relevant diagnosis and procedure codes are included in Appendix A, as a point of reference. Within 30 days, please provide complete financial data for all pediatric sex trait modifications performed at your institution and paid, in whole or in part, by the federal government, including:

1.  All billing codes utilized for pediatric sex trait modifications (and that correspond with pediatric sex trait modification procedures not determined to be medically necessary)

2.  Facility- and Provider-level revenue – or utilization data – generated, directly or indirectly, from these procedures (2020-present)

3.  Facility- and Provider-level operating and profit margins for each procedure type (for your institution as well as directly or indirectly owned and / or affiliated providers)

4.  Projected revenue forecasts for these service lines.

CMS takes these matters extremely seriously. Our primary concern is ensuring that vulnerable pediatric populations receive evidence-based care that meets the highest quality standards while ensuring appropriate stewardship of federal healthcare resources.

Sincerely,

/s/

Dr. Mehmet Oz

---

[3] https://www.hhs.gov/press-room/gender-dysphoria-report-release.html

## Appendix A

**Diagnosis Codes (ICD-10-CM)**

| Code | Description |
|---|---|
| F64.0 | Transsexualism |
| F64.1 | Dual role transvestism |
| F64.2 | Gender identity disorder of childhood |
| F64.8 | Other gender identity disorders |
| F64.9 | Gender identity disorder, unspecified |
| Z87.890 | Personal history of sex reassignment |

## Procedure Codes

The following procedure codes may be associated with use in medical interventions for gender dysphoria in children, when included with a corresponding Diagnosis Code listed above and performed on patients under 19 years of age.

| Code | Description |
|---|---|
| 11950 | Subcutaneous injection of filling material; 1 cc or less |
| 11951 | Subcutaneous injection of filling material (e.g., collagen); 1.1 to 5.0 cc |
| 11952 | Subcutaneous injection of filling material (e.g., collagen); 5.1 to 10.0 cc |
| 11954 | Subcutaneous injection of filling material (e.g., collagen); over 10.0 cc |
| 14041 | Adjacent tissue transfer or rearrangement, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; 10.1 sq cm to 30.0 sq cm |
| 14301 | Adjacent tissue transfer or rearrangement, any area; 30.1 sq cm to 60.0 sq cm |
| 14302 | Adjacent tissue transfer or rearrangement, any area; each additional 30.0 sq cm |
| 15100 | Split-thickness autograft, trunk, arms, legs; first 100 sq cm or less |
| 15101 | Split-thickness autograft, trunk, arms, legs; each additional 100 sq cm |
| 15200 | Full thickness graft, free, including direct closure of donor site, trunk; 20 sq cm or less |
| 15201 | Full thickness graft, free, including direct closure of donor site, trunk; each additional 20 sq cm |
| 15240 | Full thickness graft, free, including direct closure of donor site, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands, and/or feet; 20 sq cm or less |
| 15241 | Full thickness graft, free, including direct closure of donor site, trunk; each additional 20 sq cm |
| 15750 | Neurovascular pedicle flap |
| 15756 | Free muscle or myocutaneous flap with microvascular anastomosis |
| 15757 | Free skin flap with microvascular anastomosis |
| 15758 | Free fascial flap with microvascular anastomosis |
| 15769 | Grafting of autologous soft tissue, other, harvested by direct excision |
| 15771 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; 50 cc or less injectate |
| 15772 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; each additional 50 cc injectate |
| 15773 | Grafting of autologous fat harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; 25 cc or less injectate |

| 15774 | Grafting of autologous fat harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; each additional 25 cc injectate |
|---|---|
| 15775 | Punch graft for hair transplant; 1 to 15 punch grafts |
| 15776 | Punch graft for hair transplant; more than 15 punch grafts |
| 15820 | Blepharoplasty, lower eyelid |
| 15821 | Blepharoplasty, lower eyelid; with extensive herniated fat pad |
| 15822 | Blepharoplasty, upper eyelid |
| 15823 | Blepharoplasty, upper eyelid; with excessive skin weighting down lid |
| 15824 | Rhytidectomy; forehead |
| 15825 | Rhytidectomy; neck with platysmal tightening |
| 15826 | Rhytidectomy; glabellar frown lines |
| 15828 | Rhytidectomy; cheek, chin, and neck |
| 15829 | Rhytidectomy; superficial musculoaponeurotic system (SMAS) flap |
| 15830 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); abdomen, infraumbilical panniculectomy |
| 15832 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); thigh |
| 15833 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); leg |
| 15834 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); hip |
| 15835 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); buttock |
| 15836 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); arm |
| 15837 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); forearm or hand |
| 15838 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); submental fat pad |
| 15839 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); other area |
| 15876 | Suction assisted lipectomy; head and neck |
| 15877 | Suction assisted lipectomy; trunk |
| 15878 | Suction assisted lipectomy; upper extremity |
| 15879 | Suction assisted lipectomy; other specified sites |
| 17380 | Electrolysis epilation, each 30 minutes |
| 19303 | Mastectomy, simple, complete |
| 19304 | Mastectomy, subcutaneous |
| 19316 | Mastopexy |
| 19318 | Breast reduction |
| 19324 | Breast augmentation with implant (Mammaplasty, augmentation; without prosthetic implant) |
| 19325 | Breast augmentation with implant |
| 19340 | Insertion of breast implant on same day of mastectomy |
| 19350 | Nipple/areola reconstruction |
| 19357 | Breast reconstruction, immediate or delayed, with tissue expander, including subsequent expansion |
| 20969 | Free osteocutaneous flap with microvascular anastomosis; other than iliac crest, metatarsal, or great toe |
| 20970 | Free osteocutaneous flap with microvascular anastomosis; iliac crest |
| 20972 | Free osteocutaneous flap with microvascular anastomosis; metatarsal |
| 21120 | Genioplasty; augmentation (autograft, allograft, prosthetic material) |

| | |
|---|---|
| 21121 | Genioplasty; sliding osteotomy, single piece |
| 21122 | Genioplasty; sliding osteotomies, 2 or more osteotomies (eg, wedge excision or bone wedge reversal for asymmetrical chin) |
| 21123 | Genioplasty; sliding, augmentation with interpositional bone grafts |
| 21125 | Augmentation, mandibular body or angle; prosthetic material |
| 21127 | Augmentation, mandibular body or angle; with bone graft, onlay or interpositional (includes obtaining autograft) |
| 21208 | Osteoplasty, facial bones; augmentation (autograft, allograft, or prosthetic implant) |
| 21209 | Osteoplasty, facial bones; reduction |
| 21899 | Unlisted procedure, neck or thorax |
| 30400 | Rhinoplasty, primary; lateral and alar cartilages and/or elevation of nasal tip |
| 30410 | Rhinoplasty, primary; complete, external parts including bony pyramid, lateral and alar cartilages, and/or elevation of nasal tip |
| 30420 | Rhinoplasty, primary; including major septal repair |
| 30430 | Rhinoplasty, secondary; minor revision (small amount of nasal tip work) |
| 30435 | Rhinoplasty, secondary; intermediate revision |
| 30450 | Rhinoplasty, secondary; major revision |
| 31580 | Laryngoplasty; for laryngeal web, with indwelling keel or stent |
| 31599 | Unlisted procedure, larynx |
| 31899 | Unlisted procedure, trachea, bronchi |
| 51040 | Cystostomy, cystotomy with drainage |
| 53410 | Urethroplasty, 1-stage reconstruction of male anterior urethra |
| 53420 | Urethroplasty, 2-stage reconstruction or repair of prostatic or membranous urethra; first stage |
| 53425 | Urethroplasty, 2-stage reconstruction or repair of prostatic or membranous urethra; second stage |
| 53430 | Urethroplasty, reconstruction of female urethra |
| 53431 | Urethroplasty with tubularization of posterior urethra and/or lower bladder for incontinence |
| 53450 | Urethromeatoplasty, with mucosal advancement |
| 54125 | Amputation of penis; complete |
| 54520 | Orchiectomy, simple (including subcapsular), with or without testicular prosthesis, scrotal or inguinal approach |
| 54660 | Insertion of testicular prosthesis (separate procedure) |
| 54690 | Laparoscopy, surgical; orchiectomy |
| 55175 | Scrotoplasty; simple |
| 55180 | Scrotoplasty; complicated |
| 55866 | Laparoscopy, surgical prostatectomy, retropubic radical, including nerve sparing, includes robotic assistance, when performed |
| 55899 | Unlisted procedure, male genital system |
| 55970 | Intersex surgery; male to female |
| 55980 | Intersex surgery; female to male |
| 56625 | Vulvectomy simple; complete |
| 56800 | Plastic repair of introitus |
| 56805 | Clitoroplasty for intersex state |
| 57106 | Vaginectomy, partial removal of vaginal wall |

| 57110 | Vaginectomy, complete removal of vaginal wall |
|---|---|
| 57291 | Construction of artificial vagina; without graft |
| 57292 | Construction of artificial vagina; with graft |
| 57295 | Revision (including removal) of prosthetic vaginal graft, vaginal approach |
| 57296 | Revision (including removal) of prosthetic vaginal graft, open abdominal approach |
| 57335 | Vaginoplasty for intersex state |
| 57425 | Laparoscopy, surgical, colpopexy |
| 57426 | Revision (including removal) of prosthetic vaginal graft, laparoscopic approach |
| 58150 | Total abdominal hysterectomy (corpus and cervix), with or without removal of tube(s), with or without removal of ovary(s) |
| 58180 | Supracervical abdominal hysterectomy (subtotal hysterectomy), with or without removal of tube(s), with or without removal of ovary(s) |
| 58260 | Vaginal hysterectomy, for uterus 250 g or less |
| 58262 | Vaginal hysterectomy, for uterus 250 g or less; with removal of tube(s), and/or ovary(s) |
| 58275 | Vaginal hysterectomy, with total or partial vaginectomy |
| 58290 | Vaginal hysterectomy, for uterus greater than 250 g |
| 58291 | Vaginal hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) |
| 58541 | Laparoscopy, surgical, supracervical hysterectomy, for uterus 250 g or less |
| 58542 | Laparoscopy, surgical, supracervical hysterectomy, for uterus 250 g or less; with removal of tube(s) and/or ovary(s) |
| 58543 | Laparoscopy, surgical, supracervical hysterectomy, for uterus greater than 250 g |
| 58544 | Laparoscopy, surgical, supracervical hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) |
| 58550 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus 250 g or less |
| 58552 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus 250 g or less; with removal of tube(s) and/or ovary(s) |
| 58553 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus greater than 250 g |
| 58554 | Laparoscopy, surgical, with vaginal hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) |
| 58570 | Laparoscopy, surgical, with total hysterectomy, for uterus 250 g or less |
| 58571 | Laparoscopy, surgical, with total hysterectomy, for uterus 250 g or less; with removal of tube(s) and/or ovary(s) |
| 58572 | Laparoscopy, surgical, with total hysterectomy, for uterus greater than 250 g |
| 58573 | Laparoscopy, surgical, with total hysterectomy, for uterus greater than 250 g; with removal of tube(s) and/or ovary(s) |
| 58720 | Salpingo-oophorectomy, complete or partial, unilateral or bilateral |
| 58954 | Bilateral salpingo-oophorectomy with omentectomy, total abdominal hysterectomy and radical dissection for debulking |
| 64856 | Suture of major peripheral nerve, arm or leg, except sciatic; including transposition |