# EXHIBIT I

11/13/25, 3:53 PM  Office of Public Affairs | Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Proce…



**PRESS RELEASE**

# Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Procedures on Children

Wednesday, July 9, 2025

**For Immediate Release**
Office of Public Affairs

WASHINGTON — Today, the Department of Justice announced that it has sent more than 20 subpoenas to doctors and clinics involved in performing transgender medical procedures on children.

The Department's investigations include healthcare fraud, false statements, and more.

"Medical professionals and organizations that mutilated children in the service of a warped ideology will be held accountable by this Department of Justice." — Attorney General Pamela Bondi

Updated July 9, 2025

**Topic**

Case 1:25-cv-03780-JRR    Document 1-24    Filed 11/17/25    Page 3 of 4

11/13/25, 3:53 PM    Office of Public Affairs | Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Proce…

**HEALTH CARE FRAUD**

**Component**

Office of the Attorney General

Press Release Number: 25-717

# Related Content

**PRESS RELEASE**

### Pharmacy Owner and Pharmacists Sentenced for Pill Mill Scheme Involving Hundreds of Thousands of Opioid Pills

A Texas pharmacy owner and three Texas pharmacists were sentenced today in Houston for unlawfully distributing more than half a million opioid pills and other commonly abused prescription drugs, including...

September 25, 2025

**PRESS RELEASE**

### Walgreens Agrees to Pay Up to $350M for Illegally Filling Unlawful Opioid Prescriptions and for Submitting False Claims to the Federal Government

The Justice Department, together with the Drug Enforcement Administration (DEA) and Department of Health and Human Services Office of Inspector General (HHS-OIG), today announced a $300 million settlement with Walgreens Boots...

11/13/25, 3:53 PM  Office of Public Affairs | Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Proce…

April 21, 2025

## Office of Public Affairs

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000