# EXHIBIT U

 Children's National.

MENU

Get Care > Departments

# LGBTQ+ Care and Support



Menu



## A Message for Existing and New Patients

In light of escalating legal and regulatory risks to Children's National, our providers, and the families we serve, we are discontinuing the prescription of gender-affirming medications. This

change went into effect on August 30, 2025.

Mental health and other support services for LGBT patients remain available. You are always welcome at Children's National for your other medical needs.

We know this change will have a significant impact on affected patients, families and staff. Our care teams are working directly with families of current patients to support them.

If you have questions or need further assistance, please contact us directly.

At Children's National Hospital, we support our LGBTQ+ (lesbian, gay, bisexual, transgender and questioning/queer) patients through a variety of programs and services:

- The Youth Pride Clinic provides comprehensive primary, specialty and mental healthcare to youth and young adults between the ages of 12 to 21. We also provide high-quality health and wellness care in a safe and affirming environment for transgender and gender-nonconforming youth.
- The Gender Development Program is our multidisciplinary program for transgender and gender-diverse youth and their families. Psychiatry, psychology, speech therapy, endocrinology and gynecology collaborate to help parents and gender-diverse youth navigate gender development through personalized assessments and care.
- Children and teens who have gender dysphoria and autism spectrum characteristics (or related conditions) have access to our Gender and Autism Program.

If you are unsure of what services you need to seek for your child, contact our **patient navigator** at 202-476-5744.

⊕ **Career Opportunities at Children's National**



Donate     Pay Your Bill

| | |
|---|---|
| About Us | Residencies and Fellowships |
| Careers | |
| Contact Us | Children's National Hospital Foundation |
| Departments | Español |
| In the Community | International Patients |
| News and Events | Research News [↗] |
| Price Transparency | Wellness Advice [↗] |

📍 111 Michigan Avenue NW, Washington DC 20010

📞 202-476-5000

    

 

© Children's National Hospital 2025

Terms of Use | Patient Family Rights | Report a Compliance Concern | Web Accessibility