# EXHIBIT W

 Outlook

RE: Challenge to Subpoena to Children's National Hospital regarding gender transition treatment

**From** Goldstein, Ross <Ross.Goldstein@usdoj.gov>
**Date** Fri 11/14/2025 4:43 PM
**To** Eve Hill <EHill@browngold.com>; Runkle, Patrick <Patrick.R.Runkle@usdoj.gov>; Dahlquist, Scott B. <Scott.B.Dahlquist@usdoj.gov>
**Cc** Jennifer Levi <jlevi@gladlaw.org>; Donovan Bendana <dbendana@gladlaw.org>

Good afternoon, Ms. Hill:

Thank you for reaching out. In response to your queries:

- Yes, the subpoena to Children's National is substantively identical to those served on Boston Children's and CHOP.
- 
- 

Of course, please feel free to call if you wish to discuss further.

Regards,
Ross



Ross S. Goldstein | Assistant Director
United States Department of Justice
Enforcement & Affirmative Litigation Branch
450 Fifth Street, NW #6400
Washington, D.C. 20001

Tel: (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov

