UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No.: **JRR 25 MC 0 0 7 0 9**<br><br>**MOVANTS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS, TO WAIVE REQUIREMENT UNDER LOCAL RULE 102.2(a) TO PROVIDE ADDRESSES IN COMPLAINT CAPTION, AND FOR PROTECTIVE ORDER** |

USDC- BALTIMORE
'25 NOV 17 PM3:52

Movants, by and through their attorneys, respectfully move this Court to (1) grant them leave to proceed under pseudonyms; (2) waive the requirement under Local Rule 102.2(a) to provide their names and addresses; and (3) issue a related protective order that prohibits disclosure of Movants' identities to Requester and the public. Movants' counsel has conferred with Requester's counsel, who does not oppose Movants proceeding pseudonymously.

Movants challenge a subpoena they believe was issued by Requester, the U.S. Department of Justice, to Children's National Hospital. The subpoena seeks voluminous private and personal information about Movants and their receipt of transgender healthcare from Children's National Hospital. Through a motion to quash, Movants seek to prevent the disclosure of this extremely sensitive information to Requester. Requiring Movants to reveal their names in order to challenge the subpoena would undermine the very purpose of their motion, as it would identify them as patients who received transgender healthcare from Children's National Hospital.

In light of their status as transgender minors, young adults, and parents of transgender children, the importance of sensitive medical information in this case, the animus expressed by the administration, and the salience of this issue in the news media, Movants are concerned about the social stigmatization, harassment, retaliation, discrimination, and potential violence they may

HD

Rcv'd by: _____

experience from others, including Requester, the U.S. Department of Justice, that could cause them significant harm if their identities are disclosed to Requester and the public. Movants thus respectfully request that this Court grant Movants' motion to proceed under pseudonyms, waive the requirement under Local Rule 102.2(a) to provide their names and addresses, and issue a protective order protecting their identifying information from release to Requester or the public.

Dated: November 17, 2025

*/s/ Eve L. Hill*

Eve L. Hill (Bar No. 19938)
ehill@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

Jennifer L. Levi (Pro Hac Vice to be submitted)
**GLBTQ Legal Advocates & Defenders**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

*Attorneys for Movants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Movants' Motion to Proceed Under Pseudonyms, Memorandum of Law in Support, and Proposed Order were served via first-class mail and email by agreement of the Requestor, on November 17, 2025, to Requester U.S. Department of Justice as follows:

>   Kelly O. Hayes
>   **U.S. Attorney for the District of Maryland**
>   36 S. Charles Street
>   4th Floor
>   Baltimore, MD 21201
>
>   Jolene Anne Lauria
>   **U.S. Department of Justice**
>   **Justice Management Division**
>   950 Pennsylvania Avenue, NW
>   Room 1111
>   Washington, DC 20530
>
>   Ross S. Goldstein
>   Patrick Runkle
>   Scott B. Dahlquist
>   **U.S. Department of Justice**
>   Ross.Goldstein@usdoj.gov
>   Patrick.R.Runkle@usdoj.gov
>   Scott.B.Dahlquist@usdoj.gov

DATED: November 17, 2025

_____
Eve L. Hill
Brown, Goldstein & Levy LLP
120 East Baltimore St, Suite 2500
Baltimore, MD 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869
E-mail: ehill@browngold.com

*Attorney for Movants*