UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Civil Action No. _____    JRR 2 5 MC 0 0 7 0 9<br><br>[PROPOSED] ORDER GRANTING MOVANTS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS, TO WAIVE REQUIREMENT UNDER LOCAL RULE 102.2(a) TO PROVIDE ADDRESSES, AND FOR PROTECTIVE ORDER |

THIS MATTER is before the Court on the motion of Movants for leave to proceed under pseudonyms, for waiver of the requirement under Local Rule 102.2(a) to provide their addresses, and for a protective order ("Movants' Motion"). Having considered the motion, the memorandum in support, and the record in this case, and having otherwise been fully advised, the Court finds that there is good cause and GRANTS Plaintiffs' motion. The Court hereby ORDERS as follows:

1. Movants' Motion is GRANTED;

2. Movants may proceed in this action under the pseudonyms Parent A.A., Parent B.B., Parent C.C., Youth C.C., Parent D.D., Parent E.E., Youth E.E., Parent F.F., Youth F.F., Parent G.G., and Parent H.H.

3. Movants' counsel shall disclose Movants' true names and, to the extent otherwise discoverable under the Federal Rules of Civil Procedure, other information that directly or indirectly identifies Movants to Requester's counsel and the Court upon request once an appropriate protective order has issued;

4. Plaintiffs are not required to provide their addresses in the their initial filings under Local Rule 102.2(a);

5. All publicly filed documents shall identify the Movants only by their pseudonyms;

6. All documents filed with Court that contain a Movant's name or address shall be redacted; and

7. Requester's counsel is prohibited from disclosing Movants' identifying information, including to Requester.

**IT IS SO ORDERED.**

Dated:                                          BY THE COURT:

_____