UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL | Case No. 1:25-cv-03780-JRR |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in the above-captioned case for the respondent, the United States of America.

Dated this 18th day of November, 2025.

                                                */s/ Ross S. Goldstein*
                                              Ross S. Goldstein (Bar No. 15700)
                                              Assistant Director
                                              Enforcement & Affirmative Litigation Branch
                                              United States Department of Justice
                                              P.O. Box 386
                                              Washington, D.C. 20044

                                              Ross.Goldstein@usdoj.gov
                                              Tel:    202-353-4218
                                              Fax:   202-514-8742