UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: 2025 SUBPOENA TO
CHILDREN'S NATIONAL HOSPITAL

Case No. 1:25-cv-03780-JRR

REQUEST FOR STATUS CONFERENCE

1.   On November 17, 2025, Plaintiffs in this matter, eight families who obtained sex-trait modification services at Children's National Hospital ("CNH"), filed a miscellaneous action to quash portions of an administrative subpoena issued under the authority of 18 U.S.C. § 3486 to CNH by the Attorney General's designee in connection with an investigation of potential federal healthcare offenses. Plaintiffs initiated that action by filing a "Motion to Quash Subpoena Duces Tecum." ECF 1.

2.   Plaintiffs' proposed order on its motion goes beyond quashal of the subpoena. Plaintiffs additionally propose that the Court prohibit and restrain the United States from accessing certain patient-related information that may already be in the Government's possession. *See* ECF 1-39. The proposed order further contemplates the Court ordering future, although undefined, "prophylactic measures." *Id.*

3.   On November 18, 2025, the Court transferred the miscellaneous case to a civil action and assigned it a new "cv" case number, reflected in the caption above.

4.   Because the case is now docketed as a civil action, the Federal Rules of Civil Procedure presumptively govern. *See* Fed. R. Civ. P. 1. Under the rules, there is "one form of action—the civil action." Fed. R. Civ. P. 2. And "[a] civil action is commenced by filing a complaint with the

court." Fed. R. Civ. P. 3. Here, however, the action was not commenced by complaint, but rather by motion. The procedural implications of this posture are unclear.

5.   If the Court were to treat Plaintiffs' motion as the functional equivalent of a complaint for purposes of Rule 12, the United States would have 60 days in which to serve a responsive pleading. *See* Fed. R. Civ. P. 12(a)(2). Under that approach, the Government's response would be due on Friday, January 16, 2026.

6.   If, instead, the case-initiating filing continues to be treated as a Rule 7(b) motion notwithstanding the Court's designation of this matter as a civil action, the Government's opposition ordinarily would be due within fourteen days of service. *See* Loc. Civ. R. 105.2(a). Under that timeline, the Government's response would be due next Monday, December 1, 2025.

7.   The conversion of the proceeding from a miscellaneous action to a civil action, coupled with the Plaintiffs' apparent request for broader injunctive relief, creates ambiguity concerning (a) the applicable response deadline(s); (b) whether the motion should be treated as a case-initiating pleading, and if so, what responsive pleading(s) are appropriate and/or necessary; and (c) what procedural framework—Rules 7 (governing pleadings and motions), 12 (governing responses and objections), 65 (governing injunctive relief), and Local Rule 105 (governing motions)—now governs the parties' obligations.

8.   In light of this uncertainty, and given the possibility that the Court may deem the Government's response to be due next Monday (following this week's Thanksgiving holiday), the United States respectfully requests a status conference at the Court's earliest convenience to clarify the governing procedures, applicable deadlines, and the appropriate path forward. A brief conference would promote efficiency and avoid unnecessary motion practice on threshold procedural issues.

2

9.   The parties conferred on Sunday, November 23, 2025, regarding this request for a status conference. Plaintiffs' counsel consents to the scheduling of a status conference as requested herein. The parties jointly and respectfully request that if the Court convenes a status conference, that it be held by videoconference, if practicable.

Dated this 23rd day of November, 2025.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director

*/s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN (Bar No. 15700)
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
STEVEN R. SCOTT
Trial Attorneys

Enforcement & Affirmative Litigation Branch
United States Department of Justice
P.O. Box 386
Washington, D.C. 20044

Ross.Goldstein@usdoj.gov
Tel:    202-353-4218
Fax:    202-514-8742