UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No. 1:25-cv-03780 |

**MOVANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Movants respectfully submit this Notice of Supplemental Authority in support of their pending motion to quash certain portions of the Department of Justice ("DOJ") subpoena issued against Children's National Hospital.

On November 21, 2025, the United States District Court for the Eastern District of Pennsylvania issued a Memorandum and Order in *In re: Subpoena No. 25-1431-014*, Misc. No. 25-39 (E.D. Pa. Nov. 21, 2025) (Kearney, J.), striking portions of a DOJ subpoena issued against Children's Hospital of Philadelphia that is "substantively identical" to the subpoena challenged here.[1]

After full briefing, Judge Mark A. Kearney held that:

(1) DOJ lacked statutory authority under 18 U.S.C. § 3486 to compel production of patient-identifying information and associated clinical records because those materials were not shown to be relevant to the investigation of a federal health care offense as Congress defined that term; and

(2) Even assuming statutory authority, the children's and families' heightened privacy interests in their confidential medical records outweighed DOJ's asserted need for those records under the privacy-balancing framework set forth in *United States v. Westinghouse Elec. Corp.*, 638 F.2d 570 (3d Cir. 1980).

---

[1] *See* Aff. of Eve Hill, Esq., in Supp. of Mot. to Quash Subpoena Duces Tecum at ¶ 20.

The Court, therefore, struck subpoena Requests 11, 12, and 13 and all information contained in responses to other requests disclosing the same information.

Copies of the Memorandum and subsequent Order are attached as Exhibit 1 and 2, respectively.

Dated: November 24, 2025                         */s/ Eve L. Hill*
                                                 Eve L. Hill (Bar No. 11938)
                                                 BROWN GOLDSTEIN & LEVY, LLP
                                                 120 E. Baltimore St., Suite 2500
                                                 Baltimore, MD 21202
                                                 Tel: (410) 962-1030
                                                 Fax: (410) 385-0869
                                                 ehill@browngold.com

                                                 Jennifer L. Levi (Pro Hac Vice)
                                                 GLBTQ LEGAL ADVOCATES & DEFENDERS
                                                 18 Tremont Street, Suite 950
                                                 Boston, MA 02108
                                                 (617) 426-1350
                                                 jlevi@gladlaw.org

                                                 *Attorneys for Movants*