# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: SUBPOENA NO. 25-1431-014     :    **MISCELLANEOUS ACTION**
                                     :
                                       :    **NO. 25-39**

## ORDER

**AND NOW**, this 21st day of November 2025, upon studying The Children's Hospital of Philadelphia's Motion to limit (ECF 1) the scope of the Department of Justice's document requests in an administrative subpoena (ECF 1 at 33–59), the Department of Justice's Opposition (ECF 13), The Children's Hospital of Philadelphia's Reply (ECF 20) and Supplement (ECF 33), the *Amici* Brief (ECF 36), the Department of Justice's Response to the Supplement (ECF 37), Response to the *Amici* Brief (ECF 38), and Notice of supplemental authority (ECF 39), The Children's Hospital of Philadelphia's Response to Notice of supplemental authority (ECF 40), as well as advising the parties we will consider the arguments raised by patients and former patients in related action No. 25-mc-24 (ECFs 1, 16, 17, 18, 19), and as detailed in today's accompanying Memorandum, it is **ORDERED** we **GRANT in part** and **DENY in part** The Children's Hospital of Philadelphia's Motion to limit (ECF 1) requiring we:

1.    **STRIKE** Requests 11, 12, and 13 and grant leave to redact the same information sought in those Requests from documents produced in response to Requests 1–10, 14, or 15;

2.    **DENY** The Children's Hospital of Philadelphia's undefined request to preclude any other Request or sub-Request seeking patients' "health information" without prejudice; and,

3.    **DIRECT** the Clerk of Court **close** this action.

_____
**KEARNEY, J.**