**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No. 1:25-cv-03780 |

**<u>MOVANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Movants respectfully submit this Notice of Supplemental Authority in support of their pending motion to quash certain portions of the Department of Justice ("DOJ") subpoena issued against Children's National Hospital.

On September 3, 2025, the United States District Court for the Western District of Washington issued an Order granting a motion to set aside a DOJ subpoena issued against Seattle Children's Hospital that is substantively identical to the subpoena challenged here. *In re Subpoena Duces Tecum No. 25-1431-016*, No. 2:25-mc-00041 (W.D. Wash. Sept. 3, 2025) (Chun, J.). The Order setting aside the subpoena was only recently unsealed and became available to the public on December 11, 2025.

After full briefing, Judge John H. Chun held that:

(1)     18 U.S.C. § 3486 permits subpoenas only in furtherance of an investigation of "a Federal health care offense." Applying Supreme Court and Ninth Circuit precedent, the court held that the government must demonstrate a realistic expectation, not merely an "idle hope," that the subpoenaed materials would yield information relevant to such an offense. The court concluded that the DOJ failed to make this showing, and the subpoena therefore exceeded the authority conferred by § 3486.

(2)     Even assuming DOJ had made a prima facie showing of authority, Seattle Children's independently demonstrated that the subpoena was issued for an improper

purpose. The record showed that the subpoena was not prompted by any allegation of unlawful conduct but instead was issued pursuant to executive and departmental directives aimed at ending gender-transition medical care for minors. Because providing such care is not itself a federal health care offense, the court found that the subpoena was not issued to further a lawful investigation authorized by Congress and that enforcement of the subpoena would constitute an abuse of the court's process.

The court therefore set aside the entirety of the subpoena issued against Seattle Children's Hospital, including Requests 11, 12, and 13 which sought patient information and medical records.

A copy of the Order is attached as Exhibit 1 to this Notice.

Dated: December 15, 2025

_/s/ Eve L. Hill_
Eve L. Hill (Bar No. 11938)
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@gladlaw.org

_Attorneys for Movants_