## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL | Case No. 25-cv-03780-JRR<br><br>**[PROPOSED] ORDER** |

Upon consideration of the Motion to Quash Subpoena Duces Tecum filed by Movants, the Memorandum in Support thereof, the Government's Opposition, and any oral argument thereupon, it is hereby **ORDERED** that:

The Motion to Quash is **DENIED** for the reasons stated in the Government's briefing and at any oral argument.

**IT IS SO ORDERED.**

Dated:                              BY THE COURT:

                              _____