UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL | Case No. 25-cv-03780-JRR |

**GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

The United States of America respectfully submits this Notice of Supplemental Authority in support of its Opposition to Plaintiff's Motion to Quash the subpoena that the United States issued to Children's National Medical Center ("CNMC") under 18 U.S.C. § 3486 in the furtherance of its investigation of federal healthcare offenses.

Plaintiffs assert that the use of the drugs at issue—puberty blockers and powerful cross-sex hormones—as a treatment for minors suffering from gender dysphoria and related psychiatric disorders is "well-established," "safe and effective," and "endorsed by every medical association as a critical medical intervention." ECF 1-1. As a result, according to Plaintiffs, the Government's investigation lacks a legitimate purpose and the subpoena cannot be justified. Instead, they argue, the subpoena reflects an improper effort to intimidate providers engaged in appropriate medical care.

Recent developments refute Plaintiffs' argument. On December 18, 2025, the United States Secretary of Health and Human Services ("HHS"), the nation's highest-ranking health official, together with the Commissioner of the United States Food and Drug Administration ("FDA"), the Director of the National Institutes of Health ("NIH"), the

Administrator of the Centers for Medicare and Medicaid Services ("CMS"), and the Assistant HHS Secretary for Health (the highest-ranking officer of the United States Public Health Service) announced the HHS Secretary's issuance of a formal declaration regarding "Safety, Effectiveness, and Professional Standards of Care for Sex-Rejecting Procedures on Children and Adolescents." U.S. SEC'Y OF HEALTH & HUMAN SERVS., DECL. ON PEDIATRIC SEX-REJECTING PROCEDURES (Dec. 18, 2025), https://www.hhs.gov/sites/default/files/declaration-pediatric-sex-rejecting-procedures.pdf (attached as Exh. A).

The Secretary's Declaration (supported by the accompanying Public Health Message from the Assistant Secretary for Health, *Evidence-Based Care for Children and Adolescents with Gender Dysphoria* (Dec. 18, 2025), https://health.gov/sites/oash/files/Message_Pediatric_Gender_Dysphoria_Treatment.pdf (attached as Exh. B)), expressly states that federal health authorities have determined that the treatments that Plaintiffs seek to shield from investigation are neither safe nor effective and categorically fail to meet professionally recognized standards of medical care:

> **Sex-rejecting procedures for children and adolescents are neither safe nor effective as a treatment modality for gender dysphoria, gender incongruence, or other related disorders in minors, and therefore, fail to meet professional recognized standards of health care. For the purposes of this declaration, "sex-rejecting procedures" means pharmaceutical or surgical interventions, including puberty blockers, cross-sex hormones, and surgeries such as mastectomies, vaginoplasties, and other procedures, that attempt to align an individual's physical appearance or body with an asserted identity that differs from the individual's sex.**

HHS Declaration at 9 (emphasis in original).

The Secretary's Declaration directly rebuts Plaintiffs' contention that the subpoena is improper because it is intended "to intimidate and deter the provision of lawful transgender healthcare." ECF 1-1 at 5. Although Plaintiffs claim the use of these powerful drugs is "medically necessary healthcare," (*id.* at 3) the Secretary, exercising his authority under federal law, has determined the opposite. That is, HHS has determined that puberty blockers and cross-sex hormones cannot be used to treat gender dysphoria and related disorders in minors. Because the Declaration reflects the determination that such use falls outside the professional practice of medicine, the Declaration bears on whether the Government may reasonably subpoena CNMC to investigate whether the promotion, marketing, labeling, sale, and distribution of drugs for that improper purpose violates the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 301 *et seq.*) and related federal statutes—including whether claims about the safety, effectiveness, or appropriateness of these drugs for such treatment may be false or misleading.

Dated: this 19th day of December, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation
   Branch

          /s/ *Ross S. Goldstein*
ROSS S. GOLDSTEIN (Bar No. 15700)
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
STEVEN R. SCOTT
Trial Attorneys

United States Department of Justice
Enforcement & Affirmative Litigation
   Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
Fax: (202) 514-8742
Ross.Goldstein@usdoj.gov