UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In Re. 2025 Subpoena to Children's National Hospital | Case No. 1:25-cv-03780 |

## MOVANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Movants respectfully submit this Notice of Supplemental Authority in support of their pending motion to quash Requests 11, 12, and 13 of the Department of Justice ("DOJ") subpoena issued against Children's National Hospital.

On January 5, 2026, a magistrate judge on the United States District Court for the District of Colorado issued a Recommendation that an identical administrative subpoena issued by DOJ to Children's Hospital Colorado be quashed in its entirety. *In re: Department of Justice Administrative Subpoena No. 25-1431-030*, No. 25-mc-00063 (D. Colo. Jan. 5, 2026).

After full briefing, Magistrate Judge Cyrus Y. Chung held that:

(1) DOJ failed to demonstrate that the subpoena was sufficiently limited in scope or relevant in purpose to a congressionally authorized investigation of a federal health care offense under 18 U.S.C. § 3486. The magistrate judge emphasized that "[r]ather than limiting its request for patient data to some criteria relevant to an ostensible investigation into misbranded labeling . . . Requests 11 to 13 create a dragnet designed to sweep in all patient data related to any prescription of puberty blockers or hormone therapy."

(2) Failure to quash the DOJ subpoena would abuse the court's process. The magistrate judge found that the evidence "paints a compelling picture illustrating that the government's aim is not actually to investigate FDCA violations, but to use the FDCA

as a smokescreen for its true objective of pressuring pediatric hospitals into ending gender-affirming care through commencing vague, suspicionless 'investigations.'"

A copy of the Recommendation is attached as Exhibit 1 to this Notice.

Dated: January 6, 2026

Respectfully submitted,

_/s/ Eve L. Hill_
Eve L. Hill (Bar No. 11938)
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com

Jennifer L. Levi (*pro hac vice*)
Donovan C. Bendana (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@gladlaw.org
dbendana@gladlaw.org

*Attorneys for Movants*