UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL | Civil No. 1:25-cv-03780-JRR |

### GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given that the United States of America, the respondent in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order of this Court entered on January 21, 2026 (ECF 24).

Dated this 28th day of January, 2026.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director

 /s/ Ross S. Goldstein
ROSS S. GOLDSTEIN (Bar No. 15700)
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
STEVEN R. SCOTT
Trial Attorneys

United States Department of Justice
Enforcement & Affirmative Litigation
  Branch
P.O. Box 386
Washington, DC 20044
Tel:  (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov