IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL | Civil No.: 1:25-cv-03780-JRR |

## ORDER

The court has reviewed the Parties' Joint Report at ECF No. 25.  By Tuesday, February 3, 2026, the Government shall advise by written filing: 1) whether it has initiated or pursued proceedings, motions practice, or the like to secure Subpoena compliance by the Hospital;[1] and 2) if not, whether it intends or plans to do so.  Further, to the extent the parties have not already done so, the parties shall promptly transmit a copy of the court's memorandum opinion and order (ECF Nos. 23 and 24) to the Hospital.

**IT SO ORDERED**.

/S/
_____
Julie R. Rubin
United States District Judge

January 29, 2026

---

[1] The court uses the defined terms set forth in its memorandum opinion at ECF No. 23.