# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL | Case No. 25-cv-03780-JRR |

## GOVERNMENT'S RESPONSE TO THE COURT'S JANUARY 29 ORDER

The United States of America respectfully submits this response to the Court's January 29 order (ECF 28). As to the Court's first inquiry, "whether [the Government] has initiated or pursued proceedings, motions practice, or the like to secure Subpoena compliance by the Hospital," the Government states that it has not. As to the Court's second inquiry, "if not, whether [the Government] intends or plans to do so," the Government states that, it has no current plan or intention to do so. The United States further states that it transmitted a copy of the Court's memorandum opinion and order (ECF 23 and 24) to counsel for the subpoena recipient on January 30, 2026.

Dated this 3rd day of February 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation
 Branch

  */s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN (Bar No. 15700)
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
STEVEN R. SCOTT
Trial Attorneys

United States Department of Justice
Enforcement & Affirmative Litigation
   Branch
P.O. Box 386
Washington, DC 20044
Tel:  (202) 353-4218
Fax: (202) 514-8742
Ross.Goldstein@usdoj.gov

2